**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         **ORDER**

                -against-

                                     **25-CR-100 (KPF)**

JUSTINAS BUTKUS,

                             Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        In February 2025, this matter was assigned to the Court from the Magistrate Judge Wheel.  In connection with that, the Court is in receipt of an email from the Criminal Case Operations Office for the Southern District of New York that includes several attachments related to this matter.  The Court looked at the caption of those documents to ascertain the exact matter they pertained to but did not read their contents.[1]  The Court is forwarding the email and all attached documents to the attorney of record for Defendant Butkus.  Defendant's counsel is ordered to review the documents and determine any applicable next steps, including whether the documents should be filed on the docket.  Defendant's Counsel shall file a status letter to the Court **by March 21, 2025**, confirming that he has reviewed the documents, and, if necessary, proposing next steps.

---

[1] The Court notes that the caption of the documents read 24-MJ-3223.  However, that matter has since been terminated and merged into 25-CR-100.

SO ORDERED.

DATED:   New York, New York
         March 13, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2