UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTINAS BUTKUS,<br><br>                    Defendant. | 25 Cr. 100 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

At the conference held on March 26, 2025, Defendant refused to be arraigned on the operative indictment and instead expressed his desire to represent himself. Accordingly, the Court will hold a *Faretta* hearing on **May 1, 2025, at 2:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. *See Faretta* v. *California*, 422 U.S. 806 (1975).

For the reasons discussed at the same conference, the Court shares the parties' understanding that the deadlines in the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, do not begin to run until Mr. Butkus is arraigned.

The Court will mail this Order to the address provided by Mr. Butkus.

SO ORDERED.

Dated:   March 26, 2025
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge