UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTINAS BUTKUS,<br><br>                  Defendant. | 25 Cr. 100 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

At a court conference held on May 22, 2025, the Court participated in extensive discussions with Mr. Butkus regarding his submissions to the Court in this case, several of which submissions have been docketed by the Clerk of Court. For avoidance of doubt, the Court writes to clarify that the Clerk's docketing of a particular submission from Mr. Butkus does not connote an acknowledgement by the Court or by any of its staff as to the accuracy or the significance of any of the factual assertions or legal arguments contained in that submission. Similarly, unless expressly stated by the Court, the Court's decision to respond, or not to respond, to a submission that it has received from Mr. Butkus does not constitute an acceptance of the factual or legal arguments contained in that submission. This Order pertains equally to submissions filed by Mr. Butkus before the date of its issuance, as well as those filed in the future.

The Clerk of Court is directed to mail a copy of this Order to Mr. Butkus at his address of record.

SO ORDERED.

Dated:        May 22, 2025
              New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge