UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTINAS BUTKUS,<br><br>                    Defendant. | 25 Cr. 100 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court having determined the need for co-counsel to assist in preparing defendant Justinas Butkus for a hearing pursuant to *Faretta* v. *California*, 422 U.S. 806 (1975), and for any other necessary purpose following that hearing, including serving as standby counsel or as trial counsel, as the case may be, it is hereby

ORDERED, that Ezra Spilke, Esq., is appointed to represent Mr. Butkus as co-counsel pursuant to the Criminal Justice Act *nunc pro tunc* to June 27, 2025.  The Clerk of Court is directed to mail a copy of this Order to Mr. Butkus at his address of record.

SO ORDERED.

Dated:   June 30, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge