# DAVID K. BERTAN

**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(718) 742-1688**
**E-MAIL: DKB@DAVIDBERTAN.COM**

August 19, 2025

*Via ECF*



Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      **Re:**    **USA v. Justinas Butkus**
               **25-Cr-100 (KPF)**

Dear Judge Failla:

Please accept the following as a request to adjourn the conference currently scheduled for Monday, August 25, 2025.  The reason for the request is as follows.

Mr. Butkus is currently unemployed.  In order to support the family, his wife started a new position and is in a training program for the next few weeks.  This leaves Mr. Butkus as the primary caregiver for their infant child (who is currently teething, and requires constant care) and his stepchild.  They have no other childcare options available.  Accordingly, I am respectfully requesting an adjournment to late September for the next conference.  I will be unavailable September 22-24, and again October 1-2.

The Government has no objection to this request.  For speedy trial purposes, it is the defense position that the speedy trial clock has not yet begun to run because the defendant has not been arraigned on the indictment.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

cc:    AUSA Samuel Rothschild (Via ECF)
       AUSA Shiva Logarajah (Via ECF)

Application GRANTED.  The conference currently scheduled for August 25, 2025, is ADJOURNED to **September 25, 2025, at 3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 61.

Dated:    August 19, 2025          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE