**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------X**

**UNITED STATES OF AMERICA,**

|                          |                              |
|--------------------------|------------------------------|
| **-against-**            | **TRANSPORTATION ORDER**     |
|                          | **25-cr-100 (KPF)**          |

**JUSTINAS BUTKUS,**

                                    **Defendant.**
**------------------------------------------------------------X**

Upon the written application of David K. Bertan, Esq., dated September 16, 2025, in accordance with 18 USC § 4285, upon a finding of indigency and in the interests of justice, it is hereby:

ORDERED, that the United States Marshals Service provide Justinas Butkus with funds to cover the cost of round-trip airfare between Atlanta, Georgia and New York City, arriving on September 25, 2025, and returning to Atlanta later that day.

The Clerk of Court is directed to terminate the pending motion at docket entry 63.


DATED:        New York, New York       So Ordered:
              September 17, 2025

                                       _____
                                       Hon. Katherine P. Failla
                                       United States District Judge