**DAVID K. BERTAN**
ATTORNEY AT LAW
41 East 11th Street
NEW YORK, NEW YORK 10003

(914) 841-3000

E-MAIL: DKB@DAVIDBERTAN.COM

September 17, 2025

**Via ECF**

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

   Re: USA v. Justinas Butkus
      25-cr-100 (KPF)

Dear Judge Failla:

   This is a follow-up to my request for travel funds for Mr. Butkus. The Marshals advised me that they will only pay for one-way travel. As a result, I am requesting that you authorize the use of CJA funds to pay for Mr. Butkus' return flight to Atlanta. In addition, I am also requesting that you authorize CJA funds for carfare from the airport to the courthouse and back. Finally, as a result of the Marshal's policy, I am submitting a revised order reflecting payment for one way travel. I apologize for the inconvenience this may cause.

              Very truly yours,

              David K. Bertan

DKB
cc: AUSA Samuel Rothschild (via ECF)

Application GRANTED.

The Court hereby AUTHORIZES the use of CJA funds to pay for Mr. Butkus's return flight to Atlanta and carfare from the airport to the courthouse and back.  The Court will file an updated transportation order directing the United States Marshals Service to pay for Mr. Butkus's one-way travel from Atlanta to New York under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 65.

Dated:     September 18, 2025          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE