UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      TRANSPORTATION ORDER

          -against-                                    25-cr-100 (KPF)

JUSTINAS BUTKUS,

                **Defendant.**
------------------------------------------------------------X

      Upon the written application of David K. Bertan, Esq., dated September 17, 2025, in accordance with 18 USC § 4285, upon a finding of indigency and in the interests of justice, it is hereby:

      ORDERED, that the United States Marshals Service provide Justinas Butkus with funds to cover the cost of one-way airfare between Atlanta, Georgia and New York City, arriving on September 25, 2025.

DATED:    New York, New York
                September 18, 2025

                                    So Ordered:

                                                                   _____
                                                                    Hon. Katherine Polk Failla
                                                                    United States District Judge