UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUSTINAS BUTKUS,

Defendant.

25 Cr. 100 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Defendant's motion to dismiss and motion to suppress. (Dkt. #77-78). In light of the motions filed by Defendant, the pretrial conference currently scheduled for March 11, 2026, is hereby ADJOURNED *sine die*. The Government's opposition is due on or before **March 20, 2026**, and Defendant's reply is due on or before **April 3, 2026**. The parties are ORDERED to appear for a hearing on the motions on **April 15, 2026**, at **2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to mail a copy of this Order to Mr. Butkus at his address of record.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge