Justinas Butkus

Pro Se Defendant

Justinbutkus12@gmail.com


To:

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: USA vs Justinas Butkus
Case No.: 1:25-cr-100

April 7, 2026


**Request for Adjournment of Motion Hearing**


Dear Honorable Court,

I respectfully submit this request to adjourn the hearing currently set for April 15, 2026.

Due to unforeseen circumstances, my childcare arrangements have fallen through, as the babysitter I planned to keep my child on this date is no longer available. Unfortunately, I do not have alternative childcare for my child, which is making me unable to attend the hearing as scheduled without causing undue hardship.

I seek a brief adjournment to allow time to make appropriate arrangements. The Government has no objection to the requested adjournment.

For the Court's convenience, I am available on Wednesday, April 22, 2026 at 2pm or during the week of April 27, 2026 also at 2pm.


Thank you for your time.

Respectfully submitted,

Justinas Butkus


Application GRANTED.

The hearing currently scheduled for April 15, 2026, is hereby
ADJOURNED to **April 22, 2026,** at **2:00 p.m.** in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at
docket entry 82.  The Clerk of Court is further directed to mail
a copy of this endorsement to Mr. Butkus at his address of record.

Dated:    April 9, 2026          SO ORDERED.
          New York, New York


          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE