Justinas Butkus

Pro Se Defendant

Justinbutkus12@gmail.com


To:

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Re: USA vs Justinas Butkus
Case No.: 1:25-cr-100


April 21, 2026


**Request for Adjournment of Motion Hearing**


Dear Honorable Court,

I respectfully submit this request to reschedule the hearing currently scheduled for April 22, 2026, due to an unforeseen medical emergency involving my infant child.

My child is presently under active medical care for an infection requiring close monitoring. The treating physician has prescribed a course of antibiotics and has advised that surgical intervention may be necessary within the next 24-48 hours, depending on the progression of the condition. Due to my child's age and the seriousness of the situation, my presence is required for supervision and medical decision-making.

Documentation from the treating physician supporting this condition and the necessity of parental care during this time is attached.

I want to emphasize that this request is made in good faith**.** I have already incurred travel expenses, including airfare, and fully intend to appear and participate in the proceedings. However, under these circumstances, attendance at the scheduled hearing is not feasible.

Accordingly, I respectfully request that the Court reschedule the hearing to a date within the first week of May 2026 at 2pm, or at the Court's convenience thereafter.

I appreciate the Court's understanding and consideration of this matter.

Respectfully submitted,

Justinas Butkus

Application GRANTED.

The hearing scheduled for April 22, 2026, is hereby ADJOURNED to **April 29, 2026,** at **2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 84.  The Clerk of Court is further directed to mail a copy of this endorsement to Mr. Butkus at his address of record.

Dated:    April 22, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE