UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 25 Cr. 100 (KPF) |
| JUSTINAS BUTKUS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on April 29, 2026, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **April 5, 2027**, at **9:00 a.m.**;

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be **March 8, 2027**;

- Any opposition papers to motions in limine will be due **March 15, 2027**; and

- The final-pretrial conference will be scheduled **March 23, 2027**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government will disclose impeachment material pursuant to *Giglio* v. *United States*, 405 U.S. 150 (1972), and witness statements pursuant to 18 U.S.C. § 3500, or or before **March 30, 2027**.

In addition, as discussed at the April 29, 2026 conference, the Court DENIES Defendant's motion to dismiss and DENIES IN PART and GRANTS IN PART Defendant's motion to suppress evidence.

The Clerk of Court is directed to mail a copy of this Order to Mr. Butkus at his address of record. The Clerk of Court is also directed to terminate the pending motions at docket entries 77 and 78.

SO ORDERED.

Dated:      April 29, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge